UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 30 2009
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| DOUGLAS McLAREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 09 1209 |
| | ) |
| SELF STORAGE ZONE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis*, *pro se* complaint, and motion for a temporary restraining order. The Court will grant the application, dismiss the complaint as frivolous, and deny the motion for a temporary restraining order as moot.

It appears that plaintiff rented a storage locker at a facility in suburban Maryland and that the named defendants of having committed "high felony theft, criminal [and] civil violations," Compl. at 2 (page numbers designated by the Court), including the seizure of his possessions, *id.* at 5. He demands "damage[s] in [the] sum of $4.7 million dollars." *Id.* at 15.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). Although plaintiff demands that the matter in controversy exceeds the threshold amount, he does not establish that the parties reside or conduct business in different states. For this reason, plaintiff does not establish jurisdiction based on diversity of citizenship.

The Court will dismiss the complaint without prejudice for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

_____
United States District Judge

Date: 6/30/09